UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**MICHAEL MOSSNER,**

      **Plaintiff(s),**

**CASE NUMBER: 05-74839**

**HON. VICTORIA A. ROBERTS**

v.

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant(s).**

_____/

ORDER ADOPTING REPORT AND RECOMMENDATION
OF THE MAGISTRATE JUDGE

On May 15, 2006, Magistrate Judge Virginia M. Morgan submitted a Report and Recommendation **[Doc. 12]** recommending that the Court grant Defendant's Motion for summary judgment and deny Plaintiff's Motion for summary judgment. Because the Court has not received objections from either party within the time frame provided for in 28 U.S.C. § 636(b)(1) and E.D. Mich. LR 72.1(d)(3), the Court will adopt the Magistrate Judge's Report and Recommendation. The Court, therefore, **GRANTS** Defendant's Motion for summary judgment and **DENIES** Plaintiff's Motion for summary judgment.

    IT IS SO ORDERED.

                                      S/Victoria A. Roberts
                                      Victoria A. Roberts
                                      United States District Judge

Dated:  June 13, 2006

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on June 13, 2006.

S/Carol A. Pinegar
Deputy Clerk